UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re GREDE HOLDINGS LLC DATA BREACH LITIGATION | Case No. 25-cv-10831<br><br>Honorable Robert J. White |

## JUDGMENT

The Court has granted defendant's motion to dismiss the complaint. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiffs.  Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF THE COURT

By: s/Tara Villereal
        Deputy Clerk

Dated: February 12, 2026

Approved: s/Robert J. White
        Robert J. White
        United States District Judge